Michelle Leigh SELGAS, Petitioner—
Appellant,

v.

COMMISSIONER OF INTERNAL
REVENUE, Respondent—
Appellee.

No. 05–61185.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2006.

Clay S. Conrad, Lamson & Looney, Houston, TX, for Petitioner–Appellant.

Robert R. Di Trolio, U.S. Tax Court, Donald L. Korb, Chief Counsel, Karen D. Utiger, U.S. Department of Justice Tax Division, Appellate Section, Eileen J. O'Connor, Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Respondent–Appellee.

Before JOLLY, HIGGINBOTHAM, and DENNIS, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.